IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDRIN ALLEN**  PLAINTIFF

VS.  NO.

**GIBBS FERGUSON** in his official capacity as  DEFENDANTS
City Attorney for McGehee; **LARRY ALLEN**
in his official capacity as Sheriff for Desha County;
**SARAH FARRAR-PHILLIPS** in her official
capacity as Chief Clerk of the 27th State District Court
(McGehee Department); and **HENRY PENNY**

### AFFIDAVIT OF EDRIN ALLEN

STATE OF ARKANSAS  )
                   ) SS
COUNTY OF Pulaski  )

1. I live in a house at 113 Pecan Street in McGehee, Arkansas.

2. I moved in around July 2019. I rent the house from a man named Henry Penny. I pay him $400 a month in rent. The rent is due on the first of each month.

3. I lost my job in a warehouse on or around April 28, 2020. I am willing and able to work. I applied for unemployment benefits. It was hard to navigate the unemployment system and it was hard to get updates on my case over the phone. I was eventually denied. I would like to work, but COVID-19 has made it difficult to find a new job.

4. I have not been able to pay my rent since April 2020.

5. A Deputy from the Desha County Sheriff's Department came to my house around the middle of May 2020. He told me that my landlord, Henry Penny, had sent him. He told me that I had to move out by the end of June. I told him that I could not be evicted without a court order.

6. On June 3, 2020, a different Deputy from the Desha County Sheriff's Department came to my house and gave me a Notice to Vacate.

7. Henry Penny has threatened that the Desha County Sheriff's Office will "put [me] out" at the end of the ten days if I still live here.

8. On Friday, June 12, 2020, a Deputy from the Desha County Sheriff's Department came my house. This was the same Deputy that came in mid-May. He told me to move out. He warned me that my landlord, Henry Penny would "back on Sunday" if I had not moved out yet.

9. I have not been served with a summons or complaint for an eviction lawsuit to date.

10. I want to stay in my home. I do not have anywhere else to live or enough money to move at this time.

11. I do not believe that it is fair for me to be arrested or convicted of a crime because I could not pay rent for reasons outside of my control. I should not have to choose between a criminal record or becoming homeless during a pandemic.

_____
Edrin Allen

6/14/2020
Date

Subscribed and sworn before me on this 14th day of June, 2020.

_____
Elizabeth Holden Drew
Notary Public

My commission expires: 08/31/2025

ELIZABETH HOLDEN DREW
Notary Public-Arkansas
Pulaski County
My Commission Expires 08-31-2025
Commission # 12691258

(SEAL)