FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 25 2020
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDRIN ALLEN                                                                   PLAINTIFF

VS.                              No. 2:20-CV-132-BSM

GIBBS FERGUSON, et al                                                  DEFENDANTS

### SEPARATE ANSWER OF SARAH FARRAR-PHILLIPS AND LARRY ALLEN

1. Defendant Sarah Farrar-Phillips admits that she is the Chief Clerk for the McGehee Department of the 27th State District Court which covers Desha and Chicot Counties.

2. Defendant Larry Allen admits that he is the Sheriff of Desha County, Arkansas.

3. Defendants Sara Farrar-Phillips and Larry Allen will take no further action under A.C.A. 18-16-101 while this case is pending.

4. There is no need for a Temporary Restraining Order or Preliminary Injunction to issue against Defendants in this action.

Sarah Farrar-Phillips, Defendant
Larry Allen, Defendant

_____
Gibbs Ferguson, Attorney for Defendants
209 Oak Street
McGehee, AR 71654
Arkansas Bar No. 71030

### CERTIFICATE OF SERVICE

The foregoing pleading served on Plaintiff by mailing a copy to his attorney, Amy Pritchard, 1201 McMath Avenue, Little Rock, AR 72201 by regular U.S. Mail on June 23rd, 2020.

_____
Gibbs Ferguson, Attorney