FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 7 2020

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDRIN ALLEN                                                                  PLAINTIFF

VS.                          No. 2:20-CV-132-BSM

GIBBS FERGUSON , et al                                     DEFENDANTS

## AMENDED ANWSER OF LARRY ALLEN

    At the time of filing Larry Allen's Answer neither he nor his attorney were aware of the order dated June17, 2020 denying Plaintiff's motion for a temporary restraining order and preliminary injunction.

    Larry Allen, as Desha County Sheriff will continue to follow the law as usual unless the Court declares the statute unconstitutional and issues an injunction, in which case he will follow the Court's direction.

    We are informed by the Defendant, Henry Penny, that the Plaintiff has abandoned the property. Upon inspection the premises does appear to have been vacated.

Larry Allen, Defendant

_Gibbs Ferguson_
Gibbs Ferguson, Attorney for Defendant
209 Oak Street
McGehee, AR 71654
Arkansas Bar No. 71030

## CERTIFICATE OF SERVICE

    The foregoing pleading served on Plaintiff by mailing a copy to his attorney, Amy Pritchard, 1201 McMath Avenue, Little Rock, AR 72201 by regular U. S. Mail on July 2nd, 2020.

_Gibbs Ferguson_
Gibbs Ferguson, Attorney