IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDRIN ALLEN**                                                                                       **PLAINTIFF**

VS.                                          NO. 2:20-cv-132 BSM

**GIBBS FERGUSON in his official capacity as**                                  **DEFENDANTS**
**City Attorney for McGehee; LARRY ALLEN**
**in his official capacity as Sheriff for Desha County;**
**SARAH FARRAR-PHILLIPS in her official**
**capacity as Chief Clerk of the 27th State District Court**
**(McGehee Department); and HENRY PENNY**

### Plaintiff's Response to Motion to Dismiss

Plaintiff Edrin Allen, states the following as his Response to Defendant Ferguson's Motion to Dismiss:

1. The Court should deny Defendant Ferguson's Motion to Dismiss.

2. This action is not barred under the common law doctrine of *de injuria*. The Motion does not define this concept or how it applies to this case. Bouvier Law Dictionary defines "de injuria" as "of his own wrongdoing" or "the idea of an intentional, unexcused, and unjustified harm." Bouvier Law Dictionary, Stephen Michael Sheppard (2015). Plaintiff is in no way responsible for the constitutionality of Ark. Code Ann. § 18-16-101. It would be difficult if not impossible to challenge the constitutionality of criminal statutes if such those were barred under *de injuria*.

Wherefore, Plaintiff pays that Defendant Ferguson's Motion to Dismiss be denied and for all other relief that may be proper.

                                     Respectfully submitted,

                                     /s/ Amy Pritchard
                                     Amy Pritchard, Ark. Bar No. 2010058
                                     UALR BOWEN LEGAL CLINIC
                                     1201 McMath Avenue

Little Rock, Arkansas 72202
(501) 916-5457
ampritchard@ualr.edu

Breean Walas, Ark. Bar No. 2006077
WALAS LAW FIRM, PLLC
P.O. Box 4591
Bozeman, MT 59772
(501) 246-1067
breean@walaslawfirm.com
*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

Kendall Lewellen, Ark. Bar No. 2016193
CENTER FOR ARKANSAS LEGAL SERVICES
901 S. 21st St.
Fort Smith, AR 72901
(479) 265-2040
klewellen@arkansaslegalservices.org

Jason Auer, Ark. Bar No. 2011304
LEGAL AID OF ARKANSAS
711 Towne Oaks Dr.
Little Rock, AR 72227
(800) 967-9224 ext. 6318
jauer@arlegalaid.org