IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDRIN ALLEN**                                                                                          **PLAINTIFF**

V.                                       CASE NO. 2:20-cv-132-BSM

**GIBBS FERGUSON, in his official capacity as**
**City Attorney for McGehee; LARRY ALLEN,**
**in his official capacity as Sheriff for Desha County;**
**SARAH FARRAR-PHILLIPS, in her official**
**capacity as Chief Clerk of the 27th State District Court**
**(McGehee Department); and HENRY PENNY**                        **DEFENDANTS**

## SEPARATE DEFENDANT GIBBS FERGUSON'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW, Separate Defendant, Gibbs Ferguson, in his official capacity, by and through undersigned counsel, and for his Motion for Judgment on the Pleadings, herein states:

1. Plaintiff brings suit against Separate Defendant Gibbs Ferguson, in his official capacity only[1], challenging the constitutionality of Ark. Code Ann. § 18-16-101 by and through 42 U.S.C. § 1983. Separate Defendant is entitled to dismissal of all claims against it pursuant to the governing law and Fed. R. Civ. P. 12(c).

2. As detailed in the accompanying brief to this motion, Plaintiff's claims should be dismissed. First, Plaintiff's Complaint fails to allege that a particular policy, custom or practice of the City of McGehee acted as the motivating force behind any alleged constitutional violation. Second, Plaintiff has failed to state a claim against Separate Defendant. And finally, Plaintiff's only request for relief against Separate Defendant has already been denied by this Court and Plaintiff's remaining claim fails on the merits.

---

[1] Plaintiff's lawsuit against Gibbs Ferguson in his official capacity is tantamount to a suit against the City of McGehee. *Kentucky v. Graham*, 473 U.S. 159, 165 (1989).

3.	Separate Defendant incorporates by reference as if repeated herein word for word, its Brief in Support of the instant motion filed contemporaneously herewith pursuant to Fed. R. Civ. P. 10(c). Based on the foregoing, the instant motion should be granted.

WHEREFORE, Separate Defendant respectfully requests this Court dismiss Plaintiff's Complaint against it, and for all other just and proper relief to which there is entitlement.

Respectfully submitted,

**SEPARATE DEFENDANT
GIBBS FERGUSON, in his official capacity**

Jenna Adams, Ark. Bar No. 2015082
Attorney at Law
P.O. Box 38
North Little Rock, AR 72115
Telephone (501) 978-6115
Facsimile (501) 978-6558
jenadams@arml.org