IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDRIN ALLEN**                                                                                   **PLAINTIFF**

VS.                                       NO. 2:20-cv-132 BSM

**GIBBS FERGUSON in his official capacity as**                        **DEFENDANTS**
**City Attorney for McGehee; LARRY ALLEN**
**in his official capacity as Sheriff for Desha County;**
**SARAH FARRAR-PHILLIPS in her official**
**capacity as Chief Clerk of the 27th State District Court**
**(McGehee Department); and HENRY PENNY**

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiff Edrin Allen and Defendants Gibbs Ferguson, Larry Allen, and Sarah Farrar-Phillips, hereby stipulate to the dismissal of the above-captioned case with prejudice through their undersigned counsel. Defendant Henry Penny has not yet appeared in this action. The terms of this stipulation are as follows:

1. This action shall be dismissed with prejudice.

2. All parties shall be responsible for their own attorneys' fees and costs.

3. Defendant Sarah Farrar-Phillips agrees that her office shall stop issuing pre-litigation eviction notices on its letterhead.

4. The parties agree that the proper role of sheriffs in evictions is limited to serving civil process, executing writs of possession, and giving information about the eviction process.

5. The parties agree that sheriffs and their agents lack authority to remove tenants from their homes without a writ or other court order.

EDRIN ALLEN

By: *Amy Pritchard*
Amy Pritchard, Ark. Bar No. 2010058
UALR BOWEN LEGAL CLINIC
1201 McMath Avenue
Little Rock, Arkansas 72202
(501) 916-5457
ampritchard@ualr.edu

GIBBS FERGUSON
City Attorney for McGehee

By: *Jenna Adams*
Jenna Adams, Ark. Bar 2015082
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115
(501) 978-6115
jenaadams@arml.org

SARAH FARRAR-PHILLIPS
Chief Clerk of the 27th State District Court

By: *Gibbs Ferguson*
Gibbs Ferguson, Ark. Bar 71030
CITY OF MCGEHEE
209 Oak Street
McGehee, AR 71654
(870) 222-6660

LARRY ALLEN
Sheriff for Desha County

By: *Gibbs Ferguson*
Gibbs Ferguson, Ark. Bar 71030
CITY OF MCGEHEE
209 Oak Street
McGehee, AR 71654
(870) 222-6660